# EXHIBIT 1: CP-23-CR-0000860-2015 Police Report Prepared by Plaintiff's



# Incident Report

### RIDLEY TOWNSHIP POLICE DEPARTMENT
### RIDLEY TOWNSHIP POLICE
### 100 E MACDADE BLVD
### FOLSOM, PA 19033

#### Phone: (610)532-4006

| Approved Report ✓ 0110 - FRANCIS BASCELLI | Municipality | RIDLEY TOWNSHIP (107) |
| --- | --- | --- |
| | Report Type | INCIDENT |

| Incident # | Reference # |
| --- | --- |
| 15-01109 | 15-026 P1500040968 |

| Location | 646 E LEAMY AVE - SPRINGFIELD 19064 |
| --- | --- |
| Landmark | |
| Premise | |

| Criminal Code | Title | : |
| --- | --- | --- |
| | Section | : |
| | Sub-Section | : |
| | Description | : |

| Point of Entry | |
| --- | --- |
| Meth. of Entry | |
| Patrol Zone | 23 D Grid  FOLSOM |
| Reported | 02/03/2015 @ 19:27 (Tues) |

| UCR Codes | 8599 | CID DRUG INVESTIGATION |
| --- | --- | --- |

| Discovered | @ |
| --- | --- |
| Last Secure | @ |
| Received | 19:27  Dispatched 19:27 |
| Arrived | 19:27  Cleared  19:27 |
| Status | CLOSED/CLEARED |
| Disposition | CLEARED BY ARREST |
| Clear Date | 02/03/2015 |
| Badge | 0157 - DET. SEAN BRYDGES |

## Vehicles

| Year, Make, Model | Style | Color | License-State VIN/Serial# | Owner |
| --- | --- | --- | --- | --- |
| 0, , | | | - | |

Insurance Co.
Policy No.
Title

| Investigating Officer | Signature | Date | Approving Officer | Signature | Date |
| --- | --- | --- | --- | --- | --- |

RIDLEY TOWNSHIP POLICE DEPARTMENT
Printed by: SEAN BRYDGES (05/04/2016 11:53:46 AM)




## Persons Involved

**BRENNAN, BRIAN**  Arrest Date : **2/3/2015**  Disposition Date : **2/3/2015**

| Role | Incident Classification | How Charged | Disposition |
|---|---|---|---|
| OFFENDER | 8599  CID DRUG INVESTIGATION | ARRESTED | FOUND GUILTY |

Alias
Age-DOB **39 -**
Race **WHITE**
Sex **MALE**
Ethnicity **NON-HISPANIC**
Marital Stat
Residency **Non-Resident**
SSN
Gang
Tattoo
Clothing
GBM Id
-Entered  / /
-Released  / /
OLN/State
Injury

Height  ' 6"
Weight **240**
Hair **RED/AUBURN**
Eyes **BROWN**
Build
Complex.

Home Addr **646 E LEAMY AVE**
  **SPRINGFIELD, PA  19064**
Home Ph #
Work Ph #
Cell Ph #
Other Ph #
E-Mail
Employer

Occupation
Addl Addr  **None**

No Photo

## Main Narrative
### DET. SEAN BRYDGES (0157)

On Tuesday evening the 3rd of February 2015 myself and Detective Scanlan along with assisting members of the Delaware County Drug Task Force executed search warrant number 15-004 at the residence of 646 E. Leamy Avenue, in Springfield Township Delaware County. As officers approached the 600 block of E. Leamy Avenue we observed Brian Brennan, the basement tenant at 646 E. Leamy Avenue, exit the residence and enter a dark colored Honda PA-JCS6458. At this point myself along with Detective Scanlan approached Brennan and requested him to get out of the car. Brennan was detained while assisting members of the Delaware County Drug Task Force executed the search warrant. Brennan stated that he was in possession of several percocets.

Found in Brennan's right pants pocket was 70 blue circular pills identified through drugs.com as oxycodone 30mg, along with approximately 1 gram of cocaine which was later field tested with positive results. Found in Brennan's coat pocket was 37 blue circular pills identified through drugs.com to be oxycodone 20mg. Also in Brennan's left pants pocket was $1,379.00 in U.S. Currency, inside of the Money was a Tally piece of paper recording Brennan's deals of the day. Also inside of his pocket was a black I-phone which will be seized.

In the driver door of the vehicle was a metal container. Inside of the container was 10 blue circular pills identified through drugs.com as oxycodone 30 mg. Also inside of the container was an unknown rock type substance suspected to be MDMA. The substance was field tested showing positive results for MDMA. In the cup holder in the vehicle loose was $932.00 of U.S. Currency. Found on the rear floor behind the drivers seat was two large sandwich baggies of marijuana which was freezer packaged. The marijuana weighed approximately one half pound and was field tested with positive results. Also on the rear floor was 5 packages of new and un-used yellow apple baggies.

Upon execution of the search warrant at 646 E. Leamy Aevnue the following items were found. In the back bedroom in the basement was found to be Brian Brennan's Bedroom. On the bed was a grey metal safe.

Inside of the safe was one vacuum sealed bag. Inside of the bag was two un-labeled orange pill bottles. 1 bottle contained 180 blue circular pills identified through drugs.com to be oxycodone 30 mg. The other bottle contained 240 blue circular pills identified through drugs.com to be oxycodone 30mg. Also inside of the safe was two more un-labeled orange pill bottles each containing 50 blue circular pills identified through drugs.com to be oxycodone 20mg (100 total). Another orange pill bottle was found to contain three separate one inch by one inch baggies. The first baggie contained 50 orange circular pills identified through drugs.com to be Mirtazapine 15mg, the second bag contained 10 orange pills identified through drugs.com as Dextroamphetamin 30mg, and the third bag contained 2 white pills identified through drugs.com to be seroquel 150 mg, and two more white pills identified through drugs.com to be Mylan-Doxepin. Another pill bottle inside of the safe contained 180 blue circular pills identified through drugs.com to be oxycodone 15mg. Another orange pill bottle found inside of the safe contained 80 blue circular pills identified through drugs.com to be oxycodone 15mg. Another pill bottle inside of the safe contained 62 blue circular pills identified through drugs.com to be oxycodone 30mg. In a loose bag inside of the safe was 30 white rectangular pills identified through drugs.com to be Alprazolam 2mg, along with 4 green rectangular pills identified through drugs.com to be Alprazolam 2mg. Also loose inside of the safe was a large baggie of suspected cocaine weighing approximately 1 ounce. The cocaine was field tested with positive results for the presence of cocaine. Another baggie contained suspected MDMA weighing approximately 3 ounces and was field tested with positive results. Another baggie found inside of the safe contained suspected MDMA weighing approximately 12 grams and was also field tested with positive results for the presence of MDMA. Additionally inside of the safe was an envelope containing 15 Fentanyl patches. Finally inside of the safe was a black digital scale and several pieces of mail belonging to Brian Brennan at 646 E. Leamy Avenue.

Found inside of an orange rubber maid water cooler was a vacuum sealed bag containg approximately 4 ounces of marijuana, Two large glass digital scales, A food saver vacuum sealer with numerous new and un-used vacuum seal bags. Found in numerous rubber bands on the bureau in Brennan's bedroom was $26,400.00 in U.S. Currency and several more pieces of mail addressed to Brian Brennan.

Brian Brennan was placed into custody and transported back to Ridley Township Police Headquarters. The vehicle in question a 2013 Honda PA-JCS6458 was towed to the County Tow Yard.

## Supplemental Narrative
### DET. SGT. WILLIAM J. HENDERSON (0131)

On Tuesday, May 5th, 2015, Detective Lieutenant Willoughby, Kelli Schlosser (Accounting Office) and Rosezanna Cwalina (Treasurer Office) were conducting an internal audit of seized U. S. Currency during drug investigations.

While conducting the audit, they opened sealed envelope marked Case #15-026, Defendant Brian Brennan, $28,711.00. When they counted the money they came up with the amount of $27,711.00 in the envelope. A discrepancy of $1,000.00 was found. It was determined that there was a miscount of the money when it was placed into the envelope, sealed and placed into evidence.

# Incident Report



**RIDLEY TOWNSHIP POLICE DEPARTMENT**
**RIDLEY TOWNSHIP POLICE**
**100 E MACDADE BLVD**
**FOLSOM, PA 19033**

Phone: (610)532-4006

Approved Report [P] 0110 - FRANCIS BASCELLI

| Incident # | Reference # |
|---|---|
| 15-01109 | 15-026 P1500040968 |

| Criminal Code | Title : | |
| | Section : | |
| | Sub-Section : | |
| | Description : | |

| UCR Codes | 8599 | **CID DRUG INVESTIGATION** |

| | |
|---|---|
| Municipality | **RIDLEY TOWNSHIP (107)** |
| Report Type | **INCIDENT** |
| Location | **646 E LEAMY AVE - SPRINGFIELD 19064** |
| Landmark | |
| Premise | |
| Point of Entry | |
| Meth. of Entry | |
| Patrol Zone | **23 D** Grid **FOLSOM** |
| Reported | **02/03/2015** @ **19:27** (Tues) |
| Discovered | @ |
| Last Secure | @ |
| Received | **19:27**  Dispatched **19:27** |
| Arrived | **19:27**  Cleared **19:27** |
| Status | **CLOSED/CLEARED** |
| Disposition | **CLEARED BY ARREST** |
| Clear Date | **02/03/2015** |
| Badge | **0157 - DET. SEAN BRYDGES** |

| Investigating Officer | Signature | Date | Approving Officer | Signature | Date |
|---|---|---|---|---|---|

**RIDLEY TOWNSHIP POLICE DEPARTMENT**
Printed by: GERARD SCANLAN  (12/09/2019 12:54:04 PM)

Page 1 of 2



## Persons Involved

**BRENNAN, BRIAN**   Arrest Date : **2/3/2015**   Disposition Date : **2/3/2015**

| Role **OFFENDER** | Incident Classification **8599  CID DRUG INVESTIGATION** | How Charged **ARRESTED** | Disposition **FOUND GUILTY** |
|---|---|---|---|

Alias
Age-DOB   **39 -**          Height   **' 6"**
Race   **WHITE**            Weight   **240**       Home Addr **646 E LEAMY AVE**
Sex   **MALE**              Hair   **RED/AUBURN**         **SPRINGFIELD, PA  19064**
Ethnicity   **NON-HISPANIC**   Eyes   **BROWN**
Marital Stat                Build          Home Ph #
Residency **Non-Resident**   Complex.       Work Ph #
SSN                                         Cell Ph #
Gang                                        Other Ph #        **No Photo**
Tattoo                                      E-Mail
Clothing                                    Employer
GBM Id
-Entered   **/ /**
-Released   **/ /**                         Occupation
OLN/State                                   Addl Addr   **None**
Injury

## Supplemental Narrative
**DET. LT. WILLIAM J. HENDERSON (0131)**

On Tuesday, May 5th, 2015, Detective Lieutenant Willoughby, Kelli Schlosser (Accounting Office) and Rosezanna Cwalina (Treasurer Office) were conducting an internal audit of seized U. S. Currency during drug investigations.

While conducting the audit, they opened sealed envelope marked Case #15-026, Defendant Brian Brennan, $28,711.00.  When they counted the money they came up with the amount of $27,711.00 in the envelope.  A discrepancy of $1,000.00 was found.  It was determined that there was a miscount of the money when it was placed into the envelope, sealed and placed into evidence.

Case 2:21-cv-00492-JMY  Document 17-1  Filed 03/08/21  Page 8 of 60

# Supplemental Narrative

## DET. LT. WILLIAM J. HENDERSON (0131)



On Tuesday, May 5th, 2015, Detective Lieutenant Willoughby, Kelli Schlosser (Accounting Office) and Rosezanna Cwalina (Treasurer Office) were conducting an internal audit of seized U. S. Currency during drug investigations.

While conducting the audit, they opened sealed envelope marked Case #15-026, Defendant Brian Brennan, $28,711.00. When they counted the money they came up with the amount of $27,711.00 in the envelope. A discrepancy of $1,000.00 was found. It was determined that there was a miscount of the money when it was placed into the envelope, sealed and placed into evidence.



# Supplemental Narrative

## DET. SGT. CHARLES A. PALO JR (0105)



SUPPLEMENTAL REPORT 04/28/2015 12:11 - 0105 DET. SGT. CHARLES A. PALO JR

On Tuesday, April 28, 2105 Police were transferring money to the Ridley Township Accounting Department from a drug seizure on Case #14-382, Defendant, Anthony Vicodomini.

It was found the Ridley Township Police Anti-Crime Unit initially counted the seizure as $2,947, but when the envelope was opened and counted it was found the exact amount confiscated is $2,847.





Ridley Township Police Department

Detective Bureau

# Cash Seizure Reporting Form



**Case Number:** _____

**DETAILS**

Reason for Seizure: _____

Location Seized/Confiscated: _____

Seized/Confiscated by: _____  Badge: _____

Seized/Confiscated from: _____  Date: _____
                         (name)

Address: _____

_____  Phone: _____

**CASH DENOMINATIONS / TOTAL AMOUNT**

$100_____  $50_____  $20_____  $10_____  $5_____  $1_____   **TOTAL:** $_____

**DISPOSITION**

☐ **Transferred to Evidence Safe.**

By: _____  Badge: _____  Date: _____

☐ **Returned to Owner.**

By: _____  Badge: _____  Date: _____

☐ **Transferred to Ridley Township Accounting / Treasurers Office.**

By: _____  Badge: _____  Date: _____

                        Signature: _____

Received By Accounting Office: _____  Date: _____

                        Signature: _____

Received By Treasurers Office: _____  Date: _____

                        Signature: _____

☐ **Transferred to Delaware County Evidence Custodian.**

By: _____  Date: _____

                        Signature: _____

**Check Number** _____ **Check Date** _____ **Amount** $_____

# **Bulletin**



From:    **CHARLES PALO**

To :      **JOHN ANDERSON, SEAN BRYDGES, WILLIAM HENDERSON, THOMAS HOLMES, EDMUND KIENZLE, GERARD SCANLAN**

Date:    **Thursday April 30, 2015 At 11:06**

ATTENTION: DETECTIVES

PER LT. WILLOUGHBY:

A CASH SEZIURE FORM IS TO BE FILLED OUT WHENEVER CASH IS SEIZED.  STAMP THE CASE NUMBER ON THE SEIZURE FORM.  THE FORMS ARE IN THE BIN WHERE BORAK SITS, ABOVE THE ENVELOPES.

ONCE THE FORM IS FILLED OUT GIVE THE MONEY AND SEIZURE FORM TO LT. WILLOUGHBY.



## Persons Involved

**BRENNAN, BRIAN**                                 Arrest Date : **2/3/2015**        Disposition Date :  **2/3/2015**

| Role OFFENDER | Incident Classification 8599 CID DRUG INVESTIGATION | How Charged ARRESTED | Disposition FOUND GUILTY |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Alias | | | | |
| Age-DOB | 39 - | Height | ' 6" | |
| Race | **WHITE** | Weight | **240** | Home Addr **646 E LEAMY AVE** |
| Sex | **MALE** | Hair | **RED/AUBURN** | **SPRINGFIELD, PA 19064** |
| Ethnicity | **NON-HISPANIC** | Eyes | **BROWN** | |
| Marital Stat | | Build | | Home Ph # |
| Residency | **Non-Resident** | Complex. | | Work Ph # |
| SSN | | | | Cell Ph # |
| Gang | | | | Other Ph # |
| Tattoo | | | | E-Mail |
| Clothing | | | | Employer |
| GBM Id | | | | |
| -Entered | / / | | | Occupation |
| -Released | / / | | | Addl Addr **None** |
| OLN/State | | | | |
| Injury | | | | |

No Photo

---

## Main Narrative
### DET. SEAN BRYDGES (0157)

On Tuesday evening the 3rd of February 2015 myself and Detective Scanlan along with assisting members of the Delaware County Drug Task Force executed search warrant number 15-004 at the residence of 646 E. Leamy Avenue, in Springfield Township Delaware County. As officers approached the 600 block of E. Leamy Avenue we observed Brian Brennan, the basement tenant at 646 E. Leamy Avenue, exit the residence and enter a dark colored Honda PA-JCS6458. At this point myself along with Detective Scanlan approached Brennan and requested him to get out of the car. Brennan was detained while assisting members of the Delaware County Drug Task Force executed the search warrant. Brennan stated that he was in possession of several percocets.

Found in Brennan's right pants pocket was 70 blue circular pills identified through drugs.com as oxycodone 30mg, along with approximately 1 gram of cocaine which was later field tested with positive results. Found in Brennan's coat pocket was 37 blue circular pills identified through drugs.com to be oxycodone 20mg. Also in Brennan's left pants pocket was $1,379.00 of U.S. Currency, inside of the Money was a Tally piece of paper recording Brennan's deals of the day. Also inside of his pocket was a black I-phone which will be seized.

In the driver door of the vehicle was a metal container. Inside of the container was 10 blue circular pills identified through drugs.com as oxycodone 30 mg. Also inside of the container was an unknown rock type substance suspected to be MDMA. The substance was field tested showing positive results for MDMA. In the cup holder in the vehicle loose was $932.00 of U.S. Currency. Found on the rear floor behind the drivers seat was two large sandwich baggies of marijuana which was freezer packaged. The marijuana weighed approximately one half pound and was field tested with positive results. Also on the rear floor was 5 packages of new and un-used yellow apple baggies.

Upon execution of the search warrant at 646 E. Leamy Aevnue the following items were found. In the back bedroom in the basement was found to be Brian Brennan's Bedroom. On the bed was a grey metal safe.

Inside of the safe was one vacuum sealed bag. Inside of the bag was two un-labeled orange pill bottles. 1 bottle contained 180 blue circular pills identified through drugs.com to be oxycodone 30 mg. The other bottle contained 240 blue circular pills identified through drugs.com to be oxycodone 30mg. Also inside of the safe was two more un-labeled orange pill bottles each containing 50 blue circular pills identified through drugs.com to be oxycodone 20mg (100 total). Another orange pill bottle was

found to contain three separate one inch by one inch baggies. The first baggie contained 50 orange circular pills identified through drugs.com to be Mirtazapine 15mg, the second bag contained 10 orange pills identified through drugs.com as Dextroamphetamin 30mg, and the third bag contained 2 white pills identified through drugs.com to be seroquel 150 mg, and two more white pills identified through drugs.com to be Mylan-Doxepin. Another pill bottle inside of the safe contained 180 blue circular pills identified through drugs.com to be oxycodone 15mg. Another orange pill bottle found inside of the safe contained 80 blue circular pills identified through drugs.com to be oxycodone 15mg. Another pill bottle inside of the safe contained 62 blue circular pills identified through drugs.com to be oxycodone 30mg. In a loose bag inside of the safe was 30 white rectangular pills identified through drugs.com to be Alprazolam 2mg, along with 4 green rectangular pills identified through drugs.com to be Alprazolam 2mg. Also loose inside of the safe was a large baggie of suspected cocaine weighing approximately 1 ounce. The cocaine was field tested with positive results for the presence of cocaine. Another baggie contained suspected MDMA weighing approximately 3 ounces and was field tested with positive results. Another baggie found inside of the safe contained suspected MDMA weighing approximately 12 grams and was also field tested with positive results for the presence of MDMA. Additionally inside of the safe was an envelope containing 15 Fentanyl patches. Finally inside of the safe was a black digital scale and several pieces of mail belonging to Brian Brennan at 646 E. Leamy Avenue.

Found inside of an orange rubber maid water cooler was a vacuum sealed bag containing approximately 4 ounces of marijuana, Two large glass digital scales, A food saver vacuum sealer with numerous new and un-used vacuum seal bags. Found in numerous rubber bands on the bureau in Brennan's bedroom was $26,400.00 in U.S. Currency and several more pieces of mail addressed to Brian Brennan.

Brian Brennan was placed into custody and transported back to Ridley Township Police Headquarters. The vehicle in question a 2013 Honda PA-JCS6458 was towed to the County Tow Yard.

### Supplemental Narrative
### DET. LT. WILLIAM J. HENDERSON (0131)

On Tuesday, May 5th, 2015, Detective Lieutenant Willoughby, Kelli Schlosser (Accounting Office) and Rosezanna Cwalina (Treasurer Office) were conducting an internal audit of seized U. S. Currency during drug investigations.

While conducting the audit, they opened sealed envelope marked Case #15-026, Defendant Brian Brennan, $28,711.00. When they counted the money they came up with the amount of $27,711.00 in the envelope. A discrepancy of $1,000.00 was found. It was determined that there was a miscount of the money when it was placed into the envelope, sealed and placed into evidence.

# Incident Report

**RIDLEY TOWNSHIP POLICE DEPARTMENT**
**RIDLEY TOWNSHIP POLICE**
**100 E MACDADE BLVD**
**FOLSOM, PA 19033**

**Phone: (610)532-4006**

Approved Report ☑ 0110 - FRANCIS BASCELLI

| Incident # | Reference # |
|---|---|
| **15-01109** | **15-026 P1500040968** |

| | |
|---|---|
| Municipality | **RIDLEY TOWNSHIP (107)** |
| Report Type | **INCIDENT** |
| Location | **646 E LEAMY AVE - SPRINGFIELD 19064** |
| Landmark | |
| Premise | |

| Criminal Code | | |
|---|---|---|
| | Title | : |
| | Section | : |
| | Sub-Section | : |
| | Description | : |

| | |
|---|---|
| Point of Entry | |
| Meth. of Entry | |
| Patrol Zone | **23 D** Grid **FOLSOM** |
| Reported | **02/03/2015** @ **19:27** (Tues) |
| Discovered | @ |
| Last Secure | @ |
| Received | **19:27** Dispatched **19:27** |
| Arrived | **19:27** Cleared **19:27** |
| Status | **CLOSED/CLEARED** |
| Disposition | **CLEARED BY ARREST** |
| Clear Date | **02/03/2015** |
| Badge | **0157 - DET. SEAN BRYDGES** |

**UCR Codes** | 8599 | **CID DRUG INVESTIGATION**

## Vehicles

| Year, Make, Model | Style | Color | License-State VIN/Serial# | Owner |
|---|---|---|---|---|
| 0, , | | - | | |
| | | | | Insurance Co. - |
| | | | | Policy No. |
| | | | | Title |

| Investigating Officer | Signature | Date | Approving Officer | Signature | Date |
|---|---|---|---|---|---|

# EXHIBIT 2: Photographs of Money Seized in Case No. CP-23-CR-0000860-2015

FOR DEPOSIT ONLY WITH [illegible]

**DETAIL OF TRANSACTION:** 2015 [illegible] By [illegible] Suega

15-004  James Hones  $250.00

15-005  James Hughes  $760.00

15-006  Timothy Stepout  $226.00

15-013  Charles Velez  $252.00

15-014  Matchlean Miller #685  $685.00
ACCAN

15-006  Brian Brenner  $21,111.00  [illegible] $2,894.00 @ ppe

15-042  Eric Womack  $96.00

15-042  Aaron Gardiner  $900.00

15-042  Andrew Trotthern  $13,027.00

15-045  Kevin Slatton  $3,991.00

**AMOUNT:** $36,232.00

**DATE:** May 5, 2015

**ACCOUNT NO:** Alice Albequzza

**INITIALS:** AMS

15026

$1,379.⁰⁰

Def- Brian Brennan
(pocket)

Township of Ridley
Police Department
MacDade Boulevard and Morton Avenue
Folsom, PA 19033

15026

15026

$932.⁰⁰

Def- Brian Brennan
(car)

Township of Ridley
Police Department
MacDade Boulevard and Morton Avenue
Folsom, PA 19033

15026

$8,400

Def- Brian Brennan
(Bedroom)

15026

$4,000.⁰⁰

Def- Brian Brennan
(Bedroom)

15026

Township of Ridley
Police Department
MacDade Boulevard and Morton Avenue
Folsom, PA 19033

15026

$14,000.⁰⁰

Def- Brian Brennan
(Bedroom)

Township of Ridley
Police Department
MacDade Boulevard and Morton Avenue
Folsom, PA 19033

15026





$28,711

U.S. Currency Seized

Ridley Township Police Anti-Crime

February 3, 2015











## CASE [ ] SHEET

| CASE NUMBER | DATE REMOVED | OFFICERS NAME | REASON FOR REMOVAL OR NAME OF PERSON TRANSFERRED TO | DATE RETURNED |
|---|---|---|---|---|
| 11-371 | 7/25/17 | Capt Willoughby | ?got office | 1/9/18 |
| 8-194 | 10/11/17 | Mark McKinney | DA's Office (Evidence only) | |
| 17-153 | 10/15/17 | Lt Palo | D/A office Galentino | 10/13/17 |
| | | | | 11-30-17 |
| 18-035 | | McBee | Prospect Park Court | 4/2/18 |
| 2-301 | 4-2-18 | Mensurger | Media ADA Arianna Flowers | 4/3/18 |
| 16-254 | 4-4-18 | Sgt Ksenzle | Media Herzing | 4/4/18 |
| 13-541 | 5/2/18 | T. Holmes | Prospect Park Court Hearing | 5/4/18 |
| 18-149 | 7-30-18 | Willoughby | In my office / Return to Evid. | 8-6-18 |
| 17-232 | 8-1-18 | Juby | Media Suppression Det AGA | 8-1-18 |
| 18-037 | 10-15-18 | Sgt P Creey | Media Refusal IXE' AGA | 10-16-18 |
| 17-153 | 3-15-19 | Capt Willoughby / Ryan Grace | Media DA Ryan Grace (chris your own one) | |
| 18-152 | 5/11/19 | Cacanan | Media DA McNeel Prep | 5/11/19 |
| 18-152 | 05/22/19 | Cacanan | Media Jury Trial | 25/22/19 |
| 17-113 | 5-22-19 | McGee | DA office chrstopher Dicesa to | |
| 19-046 | 6-6-19 | Spence | 18-247 Supression | 6-6-19 |
| 19-046 | 8-29-19 | Capt Willoughby | Given to Twp. Mgr. Ed Pisari | 8/29/19 |
| 19-046 | 9-28-19 | Capt Willoughby | Given to Twp Mgr Ed Pisari | 8/29/19 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Ridley Township Police Department
Detective Bureau

# EXHIBIT 3: Time Cards Related to Plaintiff's FOP Griveance

**TOWNSHIP OF RIDLEY**
**EARNINGS RECORD - RETAIN FOR YOUR RECORDS**

| | PAY PERIOD | DATE ISSUED | CHECK NO. |
|---|---|---|---|
| | 07/15/19 - 07/28/19 | 08/02/19 | 44446 |

| LOCATION | DEPARTMENT | EMPLOYEE NO | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| POL | 410-03 | 10050 | BRYDGES, SEAN P | | |

| EARNINGS | HOURS | RATE | CURRENT AMT | TAX WITHHOLDING | CURRENT AMT | YTD AMT |
|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 47.0907 | 1,883.63 | FEDERAL | 650.66 | 13,475.57 |
| VACATION | 40.00 | 47.0907 | 1,883.63 | STATE | 116.38 | 2,254.10 |
| NIGHT DIFF | 5.00 | 4.7091 | 23.55 | FICA | 235.03 | 4,552.27 |
| | | | | MEDICARE | 54.97 | 1,064.65 |
| | | | | OTHER STATE | 2.27 | 44.03 |

| | HOURS | USED | REMAINING |
|---|---|---|---|
| | SICK | 0.00 | 40.00- |
| | VACATION | 40.00 | 158.00 |
| | ADMIN | 0.00 | 0.00 |
| | COMP | 0.00 | 14.00- |
| | OTHER | 0.00 | 0.00 |
| | HOLIDAY | 0.00 | 0.00 |

| ADDITIONAL EARNINGS | CURRENT AMT | YTD AMT | DEDUCTIONS | CURRENT AMT | YTD AMT |
|---|---|---|---|---|---|
| | | | AFTER TAX: | | |
| | | | 255  POL PEN | 189.54- | 3,671.19- |
| | | | 261  FOP DUES | 19.38- | 310.08- |
| | | | EMS EMER.MUNI | 2.00- | 32.00- |
| | | | 263  POL ASSOC | 0.00 | 105.00- |

| DIRECT DEPOSIT | | FEDERAL FILING | CURRENT EARNINGS | YTD EARNINGS |
|---|---|---|---|---|
| ***************** | 2,520.58 | S 0 | 3,790.81 | 73,423.80 |
| | | STATE FILING | NET PAY | YTD NET PAY |
| | | PA  0 | 2,520.58 | 47,914.91 |

DETACH BEFORE DEPOSITING

NO.  **44446**

**TOWNSHIP OF RIDLEY**
100 E. MACDADE BLVD.
FOLSOM, PA 19033

| CHECK DATE | CHECK NO. | CHECK AMOUNT |
|---|---|---|
| 08/02/19 | 44446 | *VOID* |

TO THE ORDER OF:
SEAN P BRYDGES

VOID*VOID*VOID*VOID*VOID*VOID*VOID*VOID*VOID
VOID*VOID*VOID*VOID*VOID*VOID*VOID*VOID*VOID
VOID*VOID*VOID*VOID*VOID*VOID*VOID*VOID*VOID

| TOWNSHIP OF RIDLEY | | | | PAY PERIOD | DATE ISSUED | CHECK NO. |
|---|---|---|---|---|---|---|
| EARNINGS RECORD - RETAIN FOR YOUR RECORDS | | | | 07/15/19 - 07/28/19 | 08/02/19 | 44463 |

| LOCATION | DEPARTMENT | EMPLOYEE NO | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| POL | 410-03 | 10046 | SCANLAN JR, GERARD E | | |

| EARNINGS | HOURS | RATE | CURRENT AMT | TAX WITHHOLDING | CURRENT AMT | YTD AMT |
|---|---|---|---|---|---|---|
| REGULAR | 76.00 | 47.0907 | 3,578.89 | FEDERAL | 887.65 | 13,910.84 |
| VACATION | 4.00 | 47.0907 | 188.36 | STATE | 144.13 | 2,268.84 |
| OT-CID/TF | 8.00 | 70.6360 | 565.09 | FICA | 291.09 | 4,582.05 |
| OVERTIME | 3.00 | 70.6360 | 211.91 | MEDICARE | 68.08 | 1,071.64 |
| NIGHT DIFF | 32.00 | 4.7091 | 150.69 | OTHER STATE | 2.82 | 44.35 |

| | HOURS | USED | REMAINING |
|---|---|---|---|
| SICK | | 0.00 | 8.00- |
| VACATION | | 4.00 | 162.00 |
| ADMIN | | 0.00 | 0.00 |
| COMP | | 0.00 | 30.00- |
| OTHER | | 0.00 | 104.00 |
| HOLIDAY | | 0.00 | 0.00 |

| ADDITIONAL EARNINGS | CURRENT AMT | YTD AMT | DEDUCTIONS | CURRENT AMT | YTD AMT |
|---|---|---|---|---|---|
| | | | AFTER TAX: | | |
| | | | 255 POL PEN | 234.75- | 3,695.21- |
| | | | 261 FOP DUES | 19.38- | 310.08- |
| | | | EMS EMER.MUNI | 2.00- | 32.00- |
| | | | 263 POL ASSOC | 0.00 | 105.00- |

| DIRECT DEPOSIT | | FEDERAL FILING | CURRENT EARNINGS | YTD EARNINGS |
|---|---|---|---|---|
| ***************** | 50.00 | S 0   ADD: 20.00 | 4,694.94 | 73,904.15 |
| ***************** | 550.00 | | | |
| ***************** | 2,445.04 | STATE FILING | NET PAY | YTD NET PAY |
| | | PA  0 | 3,045.04 | 47,884.14 |

DETACH BEFORE DEPOSITING

NO.   44463

TOWNSHIP OF RIDLEY
100 E. MACDADE BLVD.
FOLSOM, PA 19033

| CHECK DATE | CHECK NO. | CHECK AMOUNT |
|---|---|---|
| 08/02/19 | 44463 | *VOID* |

TO THE ORDER OF:
GERARD E SCANLAN JR

VOID*VOID*VOID*VOID*VOID*VOID*VOID*VOID*VOID
VOID*VOID*VOID*VOID*VOID*VOID*VOID*VOID*VOID
VOID*VOID*VOID*VOID*VOID*VOID*VOID*VOID*VOID

# EXHIBIT 4: FOP Overtime Grievance Filed by Plaintiff's

Print Form



# DELAWARE COUNTY LODGE NO. 27, FRATERNAL ORDER OF POLICE

## LEGAL AID REQUEST

### MUST BE FULLY COMPLETED BEFORE SUBMITTED

POLICE DEPARTMENT: Ridley Township PD

ADDRESS: 100 E. MacDade Blvd. Folsom, PA 19033

TELEPHONE: 610-532-4000          FAX:

POLICE DEPARTMENT/FOP REPRESENTATIVE: Brian Judge

HOME ADDRESS: ▮▮▮▮▮▮▮▮

TELEPHONE:          CELL: ▮▮▮▮▮▮

FAX:          EMAIL: ▮▮▮▮▮▮

COMPLAINING OFFICER AND RANK: Det. Gerard Scanlan / Det. Sean Brydges

HOME ADDRESS: ▮▮▮▮▮▮▮▮▮▮

TELEPHONE:          CELL: ▮▮▮▮▮▮▮

FAX:          EMAIL:

**REASON FOR LEGAL AID REQUEST** – Describe (including date of incident/violation) and attach supporting documents, if any:

7/31/19 Officers were made aware that comp time and overtime had been denied by the Captain of police

which had been submitted for a county court appearance. Night shift differential was also taken away.

While attempting to rectify the situation with the Captain, he stated that he will "fuck them whenever I get

the chance."

Date: 08/01/2019          FOP Rep: Brian Judge

Comp and overtime Denied - Yahoo Mail

Page 1 of 1

**Comp and overtime Denied**



 **Jerry Scanlan** <j
To:

Jul 31 at 12:15 PM

Brian,
I am writing to you to formally advise you that my Overtime and Comp time were denied from last week.  As you are aware myself and Detective Brydges were out in the
Court of Common Pleas in Media for a jury trial regarding the Commonwealth of Pennsylvania Vs. Marc Bowman.
I submitted Comp time for 3 days and overtime for 2 days.

When I got to work on Monday Morning the 29th of July and I looked into the Departments
Aladetc Time off system I noticed that my time was entered into the computer and approved.  When I got to work this morning the 31st of July 2019 I noticed my time was
taken away.  When I entered the Aladetc system it stated the time was un-approved per the Captain.

Please advise me what I should do to move forward in this matter.

Respectfully,

Jerry Scanlan

Brian,
I am writing to you to formally advise you that my Overtime and Comp time were denied from last week.
As you are aware myself and Detective Scanlan were out in the Court of Common Pleas in Media for a jury
trial regarding the Commonwealth of Pennsylvania Vs. Marc Bowman.
I submitted Comp time for 5 days.

When I got to work on Monday Morning the 29th of July and I looked into the Departments
Aladetc Time off system I noticed that my time was entered into the computer and approved.  When I got
to work this morning the 31st of July 2019 I noticed my time was taken away.  When I entered the Aladetc
system it stated the time was un-approved per the Captain.

Please advise me what I should do to move forward in this matter.

Respectfully,

Sean Brydges

Edmond Pisani

100 E. Macdade Blvd.

Folsom Pa 19033                                                                                          August 1st, 2019

Mr. Pisani,

We are writing to inform you of what has taken place this past week.  As you are aware we were both in the Court Of Common Pleas in Media for the case of Commonwealth vs. Marc Bowman.  You may remember that several months ago the informant's information in this case was compromised.

Both of us were subpoenaed to be in court the week of July 22nd 2019.  The subpoenas were placed in both of our bins by someone within the Police Department.  We both placed our Compensatory and Overtime in the mail box of Ian Cleghorn, the Captain's administrative Assistant as is proper Department procedure.

On Friday July 26th 2019 at 13:39 hours the Department's Time off system (Aladetc) shows that our time was approved.  Detective Brydges was granted 40 hours compensatory time and Detective Scanlan was granted 24 hrs compensatory time and 8 hours overtime.  On Monday July 29th 2019 at 15:29 hours our time was un-approved stating (per Captain).  We were never notified of this by the Captain or his administrative assistant.  On July 31st 2019 we were made aware of this time situation by several members of our department.

Due to the ongoing and documented issues between the Anti-Crime Unit and the Captain, it appears to us that this is retaliation and work place harassment.  We immediately notified our FOP representative Brian Judge who began the grievance process.  Brian Judge went to see the Captain on the afternoon of July 31st 2019.  Brian Judge notified us that the Captain started off his conversation making threats against us once again.  Stating "I have not got them yet, but I will find a way, I will fuck them."  The Captain also stated that "they" meaning (Scanlan and Brydges) tried to get me. He stated the Township hired a lawyer and the captain was told he was cleared of any wrong doing.

We are requesting conformation in writing as to the exact ruling from Kelly Sullivan the Lawyer hired by Ridley Township, because we were advised several times by you, Mrs Sullivan refused to answer your phone calls about this investigation.

As you may be aware this is not the first time we made an official complaint in writing to you regarding threats and work place harassment/retaliation.  Please refer to our emails sent to you on May 19th 2018.  We have made you and Police Commissioner Willert aware several times that our meeting at Java Joes in 2014, when we reported to you we were asked by the Captain to re-package $8,000 of evidence money would come with serious retaliation.  We both feel that we have been experiencing harassment and retaliation since the Captain was notified of this meeting and the Township changed the evidence policy.

At this point we are both in fear to do our job in a safe manner.  Please let us know how we should proceed moving forward.

Respectfully,

Detective Gerard Scanlan #153

Detective Sean Brydges #157

RE: Scanlan/Brydges grievance - Yahoo Mail                    Page 1 of 1

**RE: Scanlan/Brydges grievance**



Aug 1 at 2:26 PM

Ed Pisani <episani@ridleytwp.org>
To: ▮▮▮▮▮▮
Cc: John Hamill <jhamill@ridleytwp.org>, 'Bob Willert' <▮▮▮▮▮▮>

Let's meet next week to address.

*Edmond Pisani*
*Township Manager*
*Township of Ridley*
*100 E. MacDode Boulevard*
*Folsom, PA 19033*
*610-534-4806 (phone)*
*610-534-0518 (fax)*

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to the message and deleting it from your computer.

**From:** ▮▮▮▮▮▮
**Sent:** Thursday, August 01, 2019 2:20 PM
**To:** episani@ridleytwp.org
**Subject:** Scanlan/Brydges grievance

Ed,
I spoke with Lt. Hamill in reference to the dispute over comp and overtime being denied. He stated that after speaking with you the matter will be settled, and the impression is that the time denied will be approved now. Also, the concern among the ACU members is this was done to them as a means of retaliation. I believe that in order for them to be agreeable to any resolution, so as to avoid unnecessary further levels in the grievance process, the matter of them being targeted for retribution needs to be specifically addressed.

Thank you,
Brian Judge

Sent via the Samsung Galaxy S8, on AT&T 5G Evolution capable smartphone

RE: July 31st, 2019 incident - Yahoo Mail

Page 1 of 1

**RE: July 31st, 2019 incident**



Aug 1 at 4:36 PM

✉ **Ed Pisani** <episani@ridleytwp.org>
To: 'Sean Brydges' ████████████████, 'Jerry Scanlan' ████████████ >
Cc: 'Bob Willert' ██████████

Jerry and Sean

We will address this early next week and come to some sort of resolution. You will be paid for the time that was taken away as per the contract.

This whole thing has to come to some sort of resolution. I am not going keep going through this every couple of months.

*Edmond Pisani*
*Township Manager*
*Township of Ridley*
*100 E. MacDade Boulevard*
*Folsom, PA 19033*
*610-534-4896 (phone)*
*610-534-0518 (fax)*

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to the message and deleting it from your computer.

**From:** Sean Brydges ████████
**Sent:** Thursday, August 01, 2019 3:31 PM
**To:** Ed Pisani; Jerry Scanlan
**Subject:** July 31st, 2019 incident

**1 File**   14.5kB

📄 Edmond Pisani 8-1.docx
   15kB

Re: July 31st, 2019 incident - Yahoo Mail                                           Page 1 of 1

**Re: July 31st, 2019 incident**

✉ Ed Pisani <episani@ridleytwp.org>                                              Aug 1 at 7:20 PM
   To: laxd2001 ▇▇▇▇▇▇▇▇▇

No problem

*Edmond Pisani*
*Township Manager*
*Township of Ridley*
*100 E. MacDade Boulevard*
*Folsom, PA 19033*
*610-534-4806 (phone)*
*610-534-0518 (fax)*

On Aug 1, 2019, at 5:45 PM, laxd2001 <▇▇▇▇▇▇▇▇> wrote:

Thank you for taking care of the time issue. I will be leaving the area to go to Virginia from 8/3 to 8/8. If everyone has the opportunity to meet prior to that, and comes up with a resolution to the rest of the situation please keep me posted. Thanks.


Sent via the Samsung Galaxy S8, an AT&T 5G Evolution capable smartphone

      Original message --------
From: Ed Pisani <episani@ridleytwp.org>
Date: 8/1/19 4:33 PM (GMT 05:00)
To: 'Sean Brydges' <▇▇▇▇▇▇▇▇▇>, 'Jerry Scanlan' ▇▇▇▇▇▇▇▇▇▇>
Cc: 'Bob Willert' ▇▇▇▇▇▇▇▇▇
Subject: RE: July 31st, 2019 incident

Jerry and Sean

We will address this early next week and come to some sort of resolution, You will be paid for the time that was taken away as per the contract.

This whole thing has to come to some sort of resolution, I am not going keep going through this every couple of months.


*Edmond Pisani*
*Township Manager*
*Township of Ridley*
*100 E. MacDade Boulevard*
*Folsom, PA 19033*
*610-534-4806 (phone)*
*610-534-0518 (fax)*


The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to the message and deleting it from your computer.

**From:** Sean Brydges ▇▇▇▇▇▇▇▇
**Sent:** Thursday, August 01, 2019 3:31 PM
**To:** Ed Pisani; Jerry Scanlan
**Subject:** July 31st, 2019 incident

EXHIBIT 5: Photos Taken After WILLOUGHBY's Office was Burglarized



# 2018 Sick

**Ruydeor** 1-11 + 12-18
5-14
5-18 ~~Aunton~~
5-21 thru 5-25
5-28
6-7
6-8
9-4
10-15

**Hamill** 11-26

**Scanlan** 5-21
5-28
6-7
6-8
6-25
7-13







# EXHIBIT 6: Ridley Township Code Book Section 37-7

**§ 37-7. Duties and responsibilities.**

The Township Manager shall be the chief administrative officer of the Township. He shall:

A.  Be responsible to the Board of Commissioners for carrying out all policies and programs established by the Board.

B.  Direct and supervise the administration of all departments, offices and agencies of the Township, except as otherwise provided by ordinance or by law.

C.  Appoint and, when he deems it necessary for the good of the service, suspend or remove all Township employees and appointed administrative officers on the basis of merit and civil service system principles, except as otherwise provided by law. This subsection shall not apply to the Township Solicitor, Township Engineer and Township Secretary. All appointments and removals shall be subject to the approval of the Board of Commissioners.

D.  Make such recommendations to the Board of Commissioners concerning policy formulation as he deems desirable.

E.  Prepare and submit the annual budget to the Board of Commissioners, together with such explanatory comment as he may deem desirable, and administer the approved budget.

F.  Keep the Board of Commissioners and the public informed as to the conduct of Township affairs.

G.  See that all laws and ordinances are duly enforced.

H.  Prepare the agenda and attend all meetings of the Board of Commissioners, with the right to take part in discussion but not to vote.

I.  Negotiate and sign contracts for the municipality, subject to the approval of the Board of Commissioners.

J.  Perform such other duties as are designated by the Board of Commissioners.

# EXHIBIT 7: Directive from WILLOUGHBY Demoting the Plaintiff's

From:     **SCOTT WILLOUGHBY**

To :      **JOHN ANDERSON, JOSEPH BENNING, MICHAEL BONGIORNO, SEAN BRYDGES, MICHAEL CALLAHAN, IAN CLEGHORN, NOLAN CUMMINGS, ANTHONY DAMBROSIO, JAMES DOUGHERTY, LEO DOYLE, ROBERT DUKES, EMILY EISENHUTH, JAMES GIEDER, MICHAEL GREELEY, JOHN HAMILL, JAMES HEDGES, MARK HEINE, THOMAS HOLMES, EDWARD HOWLEY, KAREN JOHNSON, BRIAN JUDGE, TIMOTHY KEARNEY, SARA L. KEENAN, EDMUND KIENZLE, KEITH LLOYD, JASON MCDEVITT, SHAWN MCGEE, MARC MCKINNEY, ED PISANI, MATT ROWAN, ROBERT RUSKOWSKI, JOE RYAN, GERARD SCANLAN, DANIEL SMITH, JOSEPH SPENCE, MARK TANCREDI, DENNIS VALERIO, KATHRYN VATTIMA, COLLIN WRIGHT, JOSEPH ZIELKE**

Date:     **Friday January 29, 2021 At 15:48**

Attention Officers:

Effective Monday February 1, 2021 the following changes will go into effect.
Lt. Hamill will move from Anti Crime and his new position will be Det. Lt in the Detective Division.

Sgt. Kienzle will move from Detective Division to platoon #4 and be the street Sergeant running plato # 4.

Cpl. Ruskowski will be Cpl. On platoon # 4.

Cpl. McDevitt will move from platoon #4 to be the Cpl on Plt #1

Detective Scanlan will move from Anti Crime to platoon # 2.

Detective Brydges will move from Anti Crime to platoon # 3.

Patrolman Valerio will move from platoon # 3 to the Detective Division.

Patrolman Kearney will move from platoon # 2 to the Detective Division.

Officer Tancredi will move from platoon #2 to platoon # 4.

All other assignments will remain as is.

Any questions see me.

Captain

# EXHIBIT 8:

# December 9, 2014 agreement

# AGREEMENT

THIS AGREEMENT, by and between **DELAWARE COUNTY LODGE NO. 27 OF THE FRATERNAL ORDER OF POLICE**, on behalf of the Police Force of the TOWNSHIP OF RIDLEY (hereinafter referred to as "Police") and the **TOWNSHIP OF RIDLEY** (hereinafter referred to as "Township").

## W I T N E S S E T H:

WHEREAS, Act 111 of 1968 provides that settlement entered into as a result of collective bargaining shall be reduced to a written agreement; and

WHEREAS, the Police and Township have reached an agreement as to the terms and conditions of employment for the contract years beginning January 1, 2015 and ending December 31, 2017 and thereafter until a new agreement is reached.

NOW THEREFORE, the Police and Township set forth the following modifications to their existing collective bargaining agreement.

## WAGES:

Effective January 1, 2015, there shall be a base pay increase for all ranks in the bargaining unit of 3.0%. Effective January 1, 2016, there shall be a base pay increase for all ranks in the bargaining unit of 3.0%. Effective January 1, 2017, there shall be a base pay increase for all ranks in the bargaining unit of 3.0%.

## RETIREMENT:

(a)    Effective as to retirements occurring on or after January 1, 2015, the service increment benefit shall be amended to provide that, in addition to the increments already provided by the contract, an officer shall be entitled to an additional $50 per month added to their pension if they complete a 29th year of service, plus an additional $50 per month added to their pension if they complete a 30th year of service. By way of illustration, an officer who completes 29 years of service will have $350 added to their monthly pension, and an officer who completes 30 years of service will have $400 added to their monthly pension.

(b)    Military buy back shall be added to the pension plan upon completion of the cost study.

1

(c)     Effective as to retirements occurring on or after January 1, 2015, the retired officer and their family will receive the dental insurance in place at the time of retirement.

## CLOTHING ALLOWANCE:

Effective January 1, 2015, the clothing allowance shall be increased to $900 per year.

## CLEANING ALLOWANCE:

Effective January 1, 2015, the cleaning allowance shall be increased to $700 per year.

## MEDICAL OPT OUT:

Effective January 1, 2015, the medical opt-out shall be increased to $5,000 annually.

## RANK:

(a)     Effective January 1, 2015, the Corporal rank differential shall be $2,800.

(b)     Effective January 1, 2015, the Detective rank differential shall be $3,300.

(c)     No Corporal or Detective shall be removed from their rank without just cause.

## SELL BACK/CARRY OVER OF TIME:

Officers may elect to sell back up to forty (40) hours of Vacation and/or Holiday time each year. Officers may elect to carry over up to forty (40) hours of Vacation and/or Holiday time each year. Officers may elect to sell back some and carry over some of this time; however, the maximum, combined amount of sell back and carry over time shall be forty (40) hours. Officers shall notify the Township manager by November 15 of each year of his/her intention to do so. Officers who sell back time shall be paid in the first pay period in December.

## BEREAVEMENT LEAVE:

In the event of a death in the officer's family, each officer shall be provided the shifts off with pay as follows:

Immediate family:     4 shifts
Close family:          2 shifts
Any other family member not enumerated above:  Officer will be given priority for taking vacation time that day.

2

**EXTRA DUTY DETAILS:**

Details will be defined in the CBA as any work performed by Ridley Township police officers at the request of a third party, to provide a police presence at a particular time and place, which shall include requests for police at events held by the Ridley School District.

The detail rate paid to the officer shall be computed by dividing the base salary for a first class patrol officer for the specific year by 2080 and adding $5.00 to that amount. The Township may add a reasonable surcharge to the officer's detail rate and surcharge the third party and retain the surcharge portion.

**OVERTIME:**

The CBA shall be clarified to provide that overtime shall be paid to any officer who works in excess of their regularly scheduled shift, excluding Extra Duty Detail Hours.

If any officer is called in to work hours in excess of their regularly scheduled shift, they shall be paid time and one-half for all hours worked, subject to a minimum of 4 hours of overtime pay (even if the number of hours they are actually required to work is less than 4). This provision applies to detectives, including the "on call" detectives, who shall be entitled to overtime and the minimum if they are called in. Overtime rates shall be calculated on the rate applicable to that day.

An overtime policy shall be incorporated into the contract and implemented by the Township.

**COMPENSATORY TIME:**

In lieu of overtime, an officer may, at the officer's election, elect compensatory time at a rate of 1.5 hours for each hour worked.

**CONSOLIDATED AGREEMENT:**

The parties shall draft a Consolidated Collective Bargaining Agreement that reflects all of the written Agreements and Awards as between the parties. Any disputes as to the proper content of such CCBA shall be submitted to Act 111 Interest Arbitration upon demand of either party.

**"AS IS"**

All other benefits of employment shall remain "as is".

3

IN WITNESS WHEREOF, the parties hereto, intending to be legally bound hereby, incorporate these terms into their existing agreement and set their hands and seals the dates herein indicated.

**TOWNSHIP OF RIDLEY**

By: _[signature]_
President, Board of Commissioners

Date: _12/18/14_

Attest: _[signature]_
Secretary

Date: _12/18/14_

**DELAWARE COUNTY LODGE NO. 27 OF THE FRATERNAL ORDER OF POLICE**

By: _[signature]_
President, Delaware County Lodge 27

Date: _DEC 9, 2014_

Attest: _[signature]_
Secretary

Date: _12/9/14_

4

Overtime Eligibility List for Vacant shifts

An overtime eligibility list shall be established for each platoon in the patrol division.  The eligibility list shall be maintained by the Sergeant of the Platoon.  The list shall contain the names of each Officer on the Platoon, the Officers preferred overtime contact number and shall also keep a running total of hours of overtime offered to each member of the platoon.  The following provisions shall apply to the list:

-On January 1 of each year, each Officer's total hours offered shall start at Zero (0).
-As overtime hours become available they will be offered to the members of the Platoon in order of lowest number of hours offered in that calendar year.
-The available overtime shift will continue to be offered to each Officer on the list, in order of lowest number of hours offered, until the shift is filled.
-In the instance where two or more Officers have the same number of hours offered when a shift becomes available, the overtime shift will be offered to said Officers in order of their seniority.
-If an overtime shift becomes available with **less than 12 hours prior** to the time the Officer is required to report for duty, the shift will be offered in the same manner previously described, however the **hours offered will only be added to the total of the Officer that accepts and works the shift.**
-If an overtime shift becomes available with **less than 24 hours but more than 12 hours prior** to the time the Officer is required to report for duty, Officer's will be called in the order of lowest hours of overtime offered.  If the Officer does not answer his contact number, they will be given a **15 minute time frame to return the call** to accept the shift.
-If there is **more than 24 hours prior** to the start of an overtime shift, Officers will be notified in the order of lowest hours of overtime offered and given a **2 hour time frame to respond.**
-If an Officer is called on their "overtime list contact number" and they do not answer, a message will be left.  If the Officer does not respond in the prescribed time, their lack of response will be deemed a refusal to accept the shift.
-If an Officer is already scheduled to perform other duties for the Ridley Township Police Department and they are offered an overtime shift, the hours offered shall not be added to their yearly total unless they accept the shift.
-If an overtime shift becomes available and the eligible Officer has not had at least 8 hours off prior to the overtime being offered, the hours offered will not be added to his yearly total unless the Officer accepts the shift.
-Overtime shifts shall be offered in the following manner:
    -Daywork overtime, will be offered first to the Platoon that is currently on daywork and is on their scheduled days off.  If it can not be filled, it will be offered to the Platoon that is on night shift that is on their scheduled days off.  If it is still not filled it will be offered to the Lieutenant of Patrol and then Detectives.
    -Nightshift overtime will be filled in the same order using first the Platoon that is on nightshift.
    -All other overtime shall be filled using the Extra Duty Overtime and Detail Eligibility list and will be made available to all members of the bargaining unit by posting the shift in the roll call room with a signup sheet.

# EXHIBIT 9:
# Policy and Procedural Manual

# *RIDLEY TOWNSHIP POLICE DEPARTMENT*

# *POLICY AND PROCEDURAL MANUAL*

## *ARTICLE IV*

## *DISCIPLINARY PROCEDURES*

### BASIS FOR DISCIPLINARY ACTION

**SECTION 1:** The grounds for suspension, removal or reduction in rank as authorized in Section 644 of the first Class Township Code shall be as follows:

- Neglect or violation of any official duty, rule or regulation as described.
- Violation in rules of conduct of any law of this Commonwealth which provides that such violation constitutes a misdemeanor or felony.
- Inefficiency, neglect, intemperance, disobedience of orders or conduct unbecoming an officer.
- Intoxicated while on duty.
- Engaging or participating in the conduct of any political or election campaign otherwise than to exercise an officer's own right of suffrage.

### NORMAL PROCEDURE FOR DISCIPLINARY ACTION

**SECTION 2:** An immediate suspension pending further review may be imposed upon an Officer by a Command Officer of the rank of Sergeant or Corporal acting in a Sergeant's capacity or a higher ranking Command Officer in such situations where delay could injure the discipline, morale or reputation of the Police Department. An immediate suspension shall require a preparation of a report to the Superintendent or in his or her absence the Captain of Police stating the facts and circumstances leading to the suspension. The Superintendent or Captain shall then process the matter under the procedure described below.

**SECTION 3:** A charge based upon one or more of the grounds set forth in Section 1 (Basis for Disciplinary Action) or rules of conduct may be brought against a Member of the Police Department by the Superintendent or in his or her absence the Captain of Police subsequent to an investigation.

**SECTION 4:** A Member of the Police Department accused of one or more acts of misconduct as set forth in Section 1 (Basis for Disciplinary Action) shall be required to appear at the office of the Superintendent or Captain of Police at a time and date set by him or her. The charge of insubordination shall be placed against any Member for failure to appear when so ordered.

**SECTION 5:** Members accused of any such misconduct and ordered to appear at the office of the Superintendent or Captain of Police shall first be advised whether the statements they may make are to be used solely for department discipline or for criminal proceedings or both.

**SECTION 6:** Members accused of any such misconduct and ordered to appear before the Superintendent or Captain of Police after being advised that the findings of such investigation shall be used solely for department discipline, shall be required to answer all questions asked of them and they shall give a full and complete statement. Failure to do so shall be deemed insubordination.

45