IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERARD SCANLAN *et al.* | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 21-492-JMY |
| RIDLEY TOWNSHIP *et al.* | : | |

## SCHEDULING ORDER

**AND NOW**, this 28th day of May, 2021, upon consideration of the parties' Joint Report of Rule 26(f) Meeting (ECF No. 54), and the representations made by counsel at the Rule 16 conference held on this date, it is **ORDERED** as follows:

1. The parties shall comply with the following deadlines:

    a. All fact discovery shall be completed by **November 1, 2021**.

    b. Plaintiff's expert report(s) shall be produced by **December 6, 2021**; Defendant's expert report(s) shall be produced by **January 10, 2022**; all expert discovery, including all depositions of expert witnesses, shall be completed by **February 10, 2022**.

    c. All motions for summary judgment and *Daubert* motions shall be filed no later than **March 10, 2022**. Responses to such motions shall be filed no later than **April 11, 2022**.

2. At the parties' request, this matter will be referred to the Honorable Carol Sandra Moore Wells, United States Magistrate Judge, for settlement discussions. Referral requests shall be submitted to the Court via email to **Chambers_Younge@paed.uscourts.gov** and copied to all counsel. Such requests shall be made at the earliest possible stage of the litigation when settlement discussions will be productive. As a general rule, the Court will not extend or stay the foregoing case management deadlines pending the conduct of settlement discussions.

3.      A final pretrial conference will be held on **Thursday, July 21, 2022, at 10:00 a.m.** in Room 4007, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106.  No later than **seven (7) days before the Final Pretrial Conference**, the parties shall file their Pretrial Memoranda in accordance with Local Rule of Civil Procedure 16.1(c) and Judge Younge's Policies and Procedures.  A trial date, and deadlines for other pretrial submissions (such as exhibits, jointly proposed *voir dire* and jury instructions, and motions *in limine*), will be set by the Court at, or shortly after, the Final Pretrial Conference.

4.      Counsel are referred to Judge Younge's operating procedures for further information:  https://www.paed.uscourts.gov/documents/procedures/youpol.pdf.

**IT IS SO ORDERED.**

BY THE COURT:


/s/ John Milton Younge
**JUDGE JOHN MILTON YOUNGE**